3. If the evidence, though conflicting, be sufficient to authorize the verdict, this court will not control the discretion of the presiding judge in refusing to grant a new trial.

JACKSON, Judge.

B. R. SMITH & COMPANY, plaintiffs in error, *vs.* JOSEPH EHLEN, defendant in error.

Though this court is satisfied with the verdict, and would not, on the evidence in the record, have granted a new trial, it will defer to the judge who presided, not being able to say that he abused the discretion with which he is clothed by law. The first grant of a new trial, where no controlling question of law is involved, is generally to be acquiesced in : *54 Georgia Reports, 611; 55 Ibid., 416; 56 Ibid., 249, 398.*

BLECKLEY, Judge.

LEWIS BUTLER *et al.,* plaintiffs in error, *vs.* THE STATE OF GEORGIA, defendant in error.

This case is controlled by the case of John Jordan, *alias* John Steger, *vs.* the State : *56 Georgia Reports, 92.*

JACKSON, Judge.